### 24657. HOWARD *v.* THE STATE.

MacINTYRE, J. The bill of exceptions not having been certified by the judge as true, the writ of error must be dismissed. See *Rountree* v. *Gibbs*, 156 *Ga.* 170 (118 S. E. 654), where the judge's certificate is sub-

stantially the same as the one in the instant case; also *Cady* v. *Cady*, 161 *Ga.* 556 (131 S. E. 282), and cit.

*Writ of error dismissed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JULY 23, 1935.

*Julius Rink, L. R. Mitchell,* for plaintiff in error.
*James F. Kelly, solicitor-general, J. Ralph Rosser,* contra.